IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMTAR AI INC., *et al.* *Plaintiffs* | : CIVIL ACTION : : NO. 14-0727 |
| v. | : : |
| J.D. IRVING, LTD., *et al.* *Defendants* | : : |

## ORDER

AND NOW, this 25th day of April 2014, upon consideration of the *motion to transfer venue* filed by Defendants J.D. Irving, Ltd. and Chris Ferdock (collectively "Defendants") pursuant to 28 U.S.C. §1404(a) [ECF 3], Plaintiffs' response in opposition thereto [ECF 14], Defendants' reply [ECF 18], and the allegations contained in the amended complaint [ECF 6], it is hereby **ORDERED** that the motion to transfer venue is **GRANTED**. The Clerk of Court is directed to **TRANSFER** this matter to the U.S. District Court for the Northern District of Georgia.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.

ENTERED
APR 28 2014
CLERK OF COURT